People v Johnson (2025 NY Slip Op 07023)

People v Johnson

2025 NY Slip Op 07023

Decided on December 17, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 17, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

BETSY BARROS, J.P.
CHERYL E. CHAMBERS
DEBORAH A. DOWLING
CARL J. LANDICINO
PHILLIP HOM, JJ.

2023-12436
 (Ind. No. 72468/23)

[*1]The People of the State of New York, respondent,
v
Elizabeth Johnson, appellant.

Patricia Pazner, New York, NY (Steven C. Kuza of counsel), for appellant.
Melinda Katz, District Attorney, Kew Gardens, NY (Johnnette Traill and Amanda Iannuzzi of counsel; Sarah Walter on the memorandum), for respondent.

DECISION & ORDER
Appeal by the defendant, as limited by her motion, from a sentence of the Supreme Court, Queens County (Mary L. Bejarano, J.), imposed September 28, 2023, upon her plea of guilty, on the ground that the period of postrelease supervision imposed as part of the sentence was excessive.
ORDERED that the sentence is affirmed.
The record demonstrates that the defendant knowingly, voluntarily, and intelligently waived her right to appeal (see People v Lowe, _____ AD3d _____, 2025 NY Slip Op 05257; People v Lollis, 241 AD3d 1588). The defendant's valid waiver of her right to appeal precludes appellate review of her contention that the period of postrelease supervision imposed as part of the sentence was excessive (see People v Lopez, 6 NY3d 248, 256).
BARROS, J.P., CHAMBERS, DOWLING, LANDICINO and HOM, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court